Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Delaware

_____ Division

|  |  |
|---|---|
| HOWARD WALSH | ) Case No. **26 - 387** |
| Plaintiff(s) | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| DAVID OWENS | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                              HOWARD   WALSH

All other names by which
you have been known:
ID Number                         00 778499
Current Institution               JAMES T. VAUGH CORRECTIONAL CENTER
Address                           1181 PADDOCH ROAD
                                  SMYRNA              D.E   19977
                                  *City*        *State*     *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
   Name                           DAVID   OWENS
   Job or Title *(if known)*
   Shield Number
   Employer
   Address                        622 OLD NARMONY ROAD
                                  NEWARM  D.E  1971/
                                  *City*      *State*    *Zip Code*
                                  ☑ Individual capacity    ☐ Official capacity

Defendant No. 2
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address
                                  _____  _____  _____
                                  *City*      *State*    *Zip Code*
                                  ☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Shield Number _____

    Employer _____

    Address _____

                               *City*          *State*        *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Shield Number _____

    Employer _____

    Address _____

                                 *City*          *State*        *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

DAVID OWENS INFRINGE ON MY COPYRIGHT MANUSCRIPT, AND CHANGE MY COPYRIGHT MANUSCRIPT TO BENEFIT HIMSELF, HE ALSO FAIL TO COMPLETE OUR VERBAL CONTRACT THAT IS IN OUR TEXT MESSAGES.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

DEC OF 2025 TO MARCH OF 2026

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

FROM JANUARY 2026 To MARCH 30, 2026

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
        *Was anyone else involved? Who else saw what happened?)* IN DEC OF 2025 I
ASK DAVID OWENS IF HE COULD EDIT MY CHILDREN
ILLUSTRATED BOOK ON CHAT-GPT, AND THEN PLACE IT ON KINDLE
DIRECT PUBLISHING To BE AVAILABLE ON AMAZON BOOKS, DAVID
OWENS AGREED AFTER CAREFUL RESEARCH THAT HE COULD DO
THIS, HE AGREED THROUGH TEXT MESSAGES FOR A PAYMENT
OF TWO HUNDRED DOLLARS To COMPLETE THE EDITING AND
PLACEMENT OF MY COPYRIGHT UNPUBLISHED MANUSCRIPT To KINDLE
DIRECT PUBLISHING To BE AVAILABLE ON AMAZON BOOKS.
                                        CONTINUE ON ATTACH
                                        PAGE. -

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

N/A

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

HAVE DAVID OWEN PRODUCE EVERY CHANGES THAT
HE MADE To MY CHILDREN ILLUSTRATED BOOK ON
CHAT GPT FROM JANUARY OF 2026 To MARCH OF 2026
SO THIS COURT CAN VERIFY IF HE CHANGE MY
MANUSCRIPT To BENEFIT HIMSELF. AND AWARD ME
200,000, 00 FOR COPYRIGHT INFRINGEMENT VIOLATIONS.

CONTINUATION FROM PAGE __5__ SECTION __D__

D. AFTER WAITING SEVERAL WEEKS FOR DAVID OWENS TO COMPLETE THE WORK. HE CLAIM HE WAS HAVING PROBLEMS PROGRAMMING THE APP (CHAT-GPT) TO COMPLETE THE EDITING OF MY ARTWORK IN THE CHILDREN BOOK'S MANUSCRIPT.

THEREFORE, I GAVE HIM MORE TIME TO COMPLETE MY MANUSCRIPT. BUT HE STILL DID NOT PRODUCE A COMPLETE EDITED MANUSCRIPT TO ME TO REVIEW OR PLACE IT ON AMAZON BOOKS. AS PER OUR VERBAL CONTRACT THAT IS ALSO IN OUR TEXT MESSAGE.

I NOW BELIEVE DAVID OWENS DID COMPLETE MY MUNUSCRIPT, BUT CHANGED IT FOR HIMSELF USING THE CHAT-GPT APP, AND DID WHAT HE PLEASE WITH MY COPYRIGHT MANUSCRIPT. I ASHED DAVID OWENS TO PRODUCE A PRINTOUT OF WHAT HE DID TO MY MANUSCRIPT ON CHAT-GPT BUT HE REFUSES TO DO SO.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

J - T. V - C - C

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

 Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

 Yes

☑ No

E.      If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?


_____

3.  What was the result, if any?


_____

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*


_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:



THIS IS NOT A PRISON CLAIM

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 1 2024

Signature of Plaintiff  *Howard Walsh*

Printed Name of Plaintiff  HOWARD WALSH

Prison Identification #  00778499

Prison Address  1181 PADDOCK RD

SMYRNA    DE    19977
      *City*      *State*      *Zip Code*

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
      *City*      *State*      *Zip Code*

Telephone Number _____

E-mail Address _____